IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BARBARA HALE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WORLD RENTAL CAR SALES, )<br>)<br>Defendant. )<br>) | Civ. No. <u>04-2705-Ma/P</u> |

### ORDER SUBSTITUTING COUNSEL

On December 8, 2005, the court held a status conference in this case. Counsel for all parties were present and heard. At the conference, Archie Sanders stated that he is counsel of record for the plaintiff, and that Drayton Berkley is no longer with the Cochran Law Firm and no longer represents the plaintiff.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Drayton Berkley, P.O. Box 17984, Memphis, Tennessee 38187-0984 is hereby granted leave to withdraw as counsel for plaintiff and Archie Sanders, III, The Cochran Law Firm, One Commerce Square, 26th Floor, Memphis, Tennessee 38103, be substituted as counsel of record for plaintiff.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 9, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02705 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Archie Sanders
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT